# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDITH VICK BURGER,**

       **Plaintiff,**

**v.**                                             **Case No: 6:11-cv-1845-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This cause is before the Court on Commissioner's Opposed Motion for Entry of Judgment with Remand (Doc. No. 25), filed on October 12, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED and that "the Commissioner be directed to use his best efforts to resolve this matter within 180 days after remand." (Doc. No. 27 at p. 3).

The Commissioner objects to the Magistrate Judge's recommendation that the Commissioner use his best efforts to resolve the Plaintiff's case within 180 days after remand. (Doc. No. 28). The Plaintiff, in response to the Commissioner's objection, argues that other courts have ordered the Commissioner to resolve a claimant's case within a fixed timeframe. (Doc. No. 29). Upon review, the Court finds that the Magistrate Judge is not mandating that Commissioner resolve the dispute within 180 days after remand but only that the Commissioner use his best efforts to resolve the dispute in a timely manner. The Court urges the Commissioner to resolve this matter expeditiously as this claim has been ongoing for six years.

After an independent *de novo* review of the record in this matter, including the objections filed by the Commissioner of Social Security, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 18, 2012 (Doc. No. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's objections (Doc. No. 28) are **OVERRULED**.

3. The Commissioner's Opposed Motion for Entry of Judgment with Remand (Doc. No. 25) is hereby **GRANTED**.

4. It is hereby **ORDERED** that this action be remanded, pursuant to sentence four of Section 405(g), to the Commissioner of Social Security. The Clerk of Court is directed to enter judgment accordingly and thereafter close the file.

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties